No. 536. BRINTON *v.* FEDERAL LAND BANK OF BERKELEY. January 4, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit

denied. *Messrs. J. D. Skeen* and *E. J. Skeen* for petitioner. *Mr. Richard W. Young* for respondent.